Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Courthouse Grill LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-5015705** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**229 Main Street**<br>**Woodstock, IL**<br>ZIP Code **60098** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                              FORM B1, Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Courthouse Grill LLC**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Courthouse Grill LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ James E. Stevens**
Signature of Attorney for Debtor(s)

**James E. Stevens**
Printed Name of Attorney for Debtor(s)

**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA**
Firm Name

**6833 Stalter Drive**
**Rockford, IL 61108**

_____
Address

                       **Email: jstevens@bslbv.com**
**815-962-6611  Fax: 962-1758**
Telephone Number

**September 11, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ George Von Huene**
Signature of Authorized Individual

**George Von Huene**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**September 11, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Courthouse Grill LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Aronson Fence Co., Inc.**<br>**26356 W. Ivanhoe Road**<br>**Wauconda, IL 60084** | **Aronson Fence Co., Inc.**<br>**26356 W. Ivanhoe Road**<br>**Wauconda, IL 60084** | | | **1,780.00** |
| **Buedel Foods**<br>**75 Remittance #1171**<br>**Chicago, IL 60675** | **Buedel Foods**<br>**75 Remittance #1171**<br>**Chicago, IL 60675** | | | **5,785.00** |
| **Bull Valley Kitchens**<br>**3914 Red Barn Road**<br>**Crystal Lake, IL 60014** | **Bull Valley Kitchens**<br>**3914 Red Barn Road**<br>**Crystal Lake, IL 60014** | | | **1,380.00** |
| **Central Restaurant Products**<br>**c/o Rubin & Levin PC**<br>**342 Massachusetts Ave., Ste 500**<br>**Indianapolis, IN 46204** | **Central Restaurant Products**<br>**c/o Rubin & Levin PC**<br>**342 Massachusetts Ave., Ste 500**<br>**Indianapolis, IN 46204** | **Misc. restaurant items** | | **44,953.00**<br><br>**(0.00 secured)** |
| **Cintas Corporation #355**<br>**5100 26th Avenue**<br>**Rockford, IL 61109** | **Cintas Corporation #355**<br>**5100 26th Avenue**<br>**Rockford, IL 61109** | | | **2,856.00** |
| **Clever Ideas, Inc.**<br>**c/o Pagrick A. Clisham**<br>**321 No. Clark Street, Suite 800**<br>**Chicago, IL 60610** | **Clever Ideas, Inc.**<br>**c/o Pagrick A. Clisham**<br>**321 No. Clark Street, Suite 800**<br>**Chicago, IL 60610** | | | **200,000.00**<br><br>**(0.00 secured)** |
| **Fox Valley Fire and Safety**<br>**2730 Pinnacle Drive**<br>**Elgin, IL 60124** | **Fox Valley Fire and Safety**<br>**2730 Pinnacle Drive**<br>**Elgin, IL 60124** | | | **25,772.00** |
| **George Kay & Associates**<br>**21 No. 6th St.**<br>**Geneva, IL 60134** | **George Kay & Associates**<br>**21 No. 6th St.**<br>**Geneva, IL 60134** | | | **3,439.00** |
| **Illinois Department of Revenue**<br>**POB 70503**<br>**Charlotte, NC 28201** | **Illinois Department of Revenue**<br>**POB 70503**<br>**Charlotte, NC 28201** | **withholding** | | **65,957.00** |
| **Illinois Department of Revenue**<br>**Retailer's Occupation Tax**<br>**Springfield, IL 62796** | **Illinois Department of Revenue**<br>**Retailer's Occupation Tax**<br>**Springfield, IL 62796** | **sales tax** | | **26,445.00** |

In re **Courthouse Grill LLC**      Debtor(s)      Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Labriola Baking Company<br>5324 W, 123rd Place<br>Alsip, IL 60803 | Labriola Baking Company<br>5324 W, 123rd Place<br>Alsip, IL 60803 | | | 3,680.00 |
| Pepsi Cola Gen. Bot.<br>8500 100th St.<br>Pleasant Prairie, WI 53158 | Pepsi Cola Gen. Bot.<br>8500 100th St.<br>Pleasant Prairie, WI 53158 | | | 3,412.00 |
| Pure & Natural Systems, Inc.<br>POB 1137<br>Streamwood, IL 60107 | Pure & Natural Systems, Inc.<br>POB 1137<br>Streamwood, IL 60107 | | | 3,387.00 |
| Royal Refrigeration<br>POB 234<br>Gilberts, IL 60136 | Royal Refrigeration<br>POB 234<br>Gilberts, IL 60136 | | | 4,725.00 |
| Sherman Mechanical, Inc.<br>1075 Alexander Court<br>Cary, IL 60013 | Sherman Mechanical, Inc.<br>1075 Alexander Court<br>Cary, IL 60013 | | | 16,020.00 |
| Sound Of Music<br>4 Frances Avenue<br>Mundelein, IL 60060 | Sound Of Music<br>4 Frances Avenue<br>Mundelein, IL 60060 | | | 27,432.00<br>(0.00 secured) |
| Trendsetters, Inc.<br>c/o Keith D. Sloan<br>One North Virginia Street<br>Crystal Lake, IL 60014 | Trendsetters, Inc.<br>c/o Keith D. Sloan<br>One North Virginia Street<br>Crystal Lake, IL 60014 | | | 3,800.00 |
| Tri-Star Heating<br>Attention: Jamie Koch<br>5415 Lucina Drive<br>Mchenry, IL 60050 | Tri-Star Heating<br>Attention: Jamie Koch<br>5415 Lucina Drive<br>Mchenry, IL 60050 | | | 2,042.00 |
| US Food Service, Inc.<br>Box 98420<br>Chicago, IL 60693 | US Food Service, Inc.<br>Box 98420<br>Chicago, IL 60693 | | | 22,379.00 |
| Wolf Electric Supply Company<br>55 Gordon Street<br>Elk Grove Village, IL 60007 | Wolf Electric Supply Company<br>55 Gordon Street<br>Elk Grove Village, IL 60007 | | | 5,575.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 11, 2007**      Signature **/s/ George Von Huene**
    **George Von Huene**
    **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Aronson Fence Co., Inc.
26356 W. Ivanhoe Road
Wauconda, IL 60084


Buedel Foods
75 Remittance #1171
Chicago, IL 60675


Bull Valley Kitchens
3914 Red Barn Road
Crystal Lake, IL 60014


Central Restaurant Products
c/o Rubin & Levin PC
342 Massachusetts Ave., Ste 500
Indianapolis, IN 46204


Cintas Corporation #355
5100 26th Avenue
Rockford, IL 61109


Clever Ideas, Inc.
c/o Pagrick A. Clisham
321 No. Clark Street, Suite 800
Chicago, IL 60610


Fox Valley Fire and Safety
2730 Pinnacle Drive
Elgin, IL 60124


George Kay & Associates
21 No. 6th St.
Geneva, IL 60134


Illinois Department of Revenue
POB 70503
Charlotte, NC 28201


Illinois Department of Revenue
Retailer's Occupation Tax
Springfield, IL 62796


Labriola Baking Company
5324 W, 123rd Place
Alsip, IL 60803

Pepsi Cola Gen. Bot.
8500 100th St.
Pleasant Prairie, WI 53158


Pure & Natural Systems, Inc.
POB 1137
Streamwood, IL 60107


Royal Refrigeration
POB 234
Gilberts, IL 60136


Sherman Mechanical, Inc.
1075 Alexander Court
Cary, IL 60013


Sound Of Music
4 Frances Avenue
Mundelein, IL 60060


Trendsetters
POB 893
Delavan, WI 53115


Trendsetters, Inc.
c/o Keith D. Sloan
One North Virginia Street
Crystal Lake, IL 60014


Tri-Star Heating
Attention: Jamie Koch
5415 Lucina Drive
Mchenry, IL 60050


US Food Service, Inc.
Box 98420
Chicago, IL 60693


Wolf Electric Supply Company
55 Gordon Street
Elk Grove Village, IL 60007